FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 2 5 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TANDRA G. TEMPLE, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION FILE<br>No. 1:19-cv-03867-SCJ |
| BRENDA C. TEMPLE, et al., | § | NOTICE OF APPEAL |
| Defendants. | § | |

Notice is hereby given that Tandra G. Temple, Plaintiff, in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final order denying Plaintiff's Motion for Permission to Use CM/ECF and dismissal without prejudice Plaintiff's First Amended Complaint, entered in this action on the 9th day of October 2019.

This 25th day of October 2019.

Respectfully submitted,

*Tandra G. Temple*
Tandra G. Temple
2460 Peachtree Road, NW
Apt. # 1703
Atlanta, GA 30305
404-450-9052
tanditemple@gmail.com