# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 07, 2020

Clerk - Northern District of Georgia
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 19-14297-A
Case Style: Tandra Temple v. Brenda Temple, et al
District Court Docket No: 1:19-cv-03867-SCJ

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Denise E. O'Guin, A
Phone #: (404) 335-6188

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 19-14297-A

_____

TANDRA G. TEMPLE,

                              Plaintiff - Appellant,

versus

BRENDA C. TEMPLE,
WRPV XII PEACHTREE BATTLE, L.L.C.,
WATERTON ASSOCIATES, L.L.C.,
WATERTON RESIDENTIAL,
d.b.a. Peachtree Apts.,
WATERTON RESIDENTIAL, L.L.C., et al.,

                              Defendants - Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R.42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Tandra G. Temple has failed to pay the filing and docketing fees to the district court within the time fixed by the rules., effective February 07, 2020.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Denise E. O'Guin, A, Deputy Clerk

                                            FOR THE COURT - BY DIRECTION